## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL B. WILLIAMS, JR.,

        Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS,
*et al.*,

        Defendants.

No. 4:25-CV-00924

(Chief Judge Brann)

## ORDER

**AND NOW**, this 24th day of February 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with Federal Rule of Civil Procedure 8.

2. Within <u>21 days</u> of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff *must* adhere to the specific pleading directions provided in the accompanying Memorandum.

3. If an *appropriate* amended complaint is not timely filed, dismissal of Plaintiff's complaint will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge