**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL B. WILLIAMS, JR., | No. 4:25-CV-00924 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 24th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended Section 1983 complaint (Docs. 30, 31, 32) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous or malicious.

2. The Clerk of Court is directed to CLOSE this case.

3. The Court certifies that any appeal taken from this judgment is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. CIV. P. 24(a)(3)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge